New York City, for appellants. H. W. Unger, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

LYNCH, Respondent, v. LEWIS, Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Frank Lynch against George B. Lewis. No opinion. Judgment and order unanimously affirmed, with costs.

---

LYON, Appellant, v. FITZGERALD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Frank D. Lyon, as administrator, etc., against William Fitzgerald and others. No opinion. Judgment affirmed, with costs.

---

L. & B. WALLER & POTTERS, Inc., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by L. & B. Waller & Potters, Incorporated, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

McCAFFERTY, Respondent, v. CITY OF SALAMANCA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Kate McCafferty, as administratrix, etc., against the City of Salamanca.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that it was error to receive in evidence the certified copy of the certificate of Dr. Martin as to the cause of death of plaintiff's intestate. See Beglin v. Metropolitan Life Ins. Co., 173 N. Y. 374, 66 N. E. 102.

---

McCARTY v. DICKERSON. (Supreme Court, Appellate Division, Second Department. November 12, 1915.) Action by Margaret McCarty against William K. Dickerson and others.

PER CURIAM. Motion denied, with $10 costs.

JENKS, P. J., not voting.

---

McCAULEY v. WM. BRADLEY & SON. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Margaret A. McCauley, as administratrix, against Wm. Bradley & Son. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

McCLEMENT, Respondent, v. SUPREME COURT, I. O. F., et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Henry McClement against the Supreme Court, Independent Order of Foresters, and others. No opinion. Motion to amend order of reversal (154 N. Y. Supp. 700), entered July 7, 1915, by inserting certain new findings of fact and disapproving certain findings, denied, with $10 costs.

McCLOSKEY, Respondent, v. BUCKLEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Lillian McCloskey, an infant, by William J. McCloskey, her guardian ad litem, against John Buckley and another. No opinion. Reargument ordered, and case set down for Thursday, November 4, 1915.

---

McCORRY et al., Respondents, v. WIARDA, Appellant. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Alfred E. F. McCorry and another against John C. Wiarda. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the exception at folio 280 of the record was well taken. See, also, 149 App. Div. 863, 134 N. Y. Supp. 667.

---

McCREA v. BENTLEY. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by William E. McCrea against Lester H. Bentley. No opinion. Application denied, with $10 costs. Order signed. See, also, 154 N. Y. Supp. 174; 155 N. Y. Supp. 1121.

---

McCREA v. BENTLEY. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by William E. McCrea against Lester H. Bentley. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1121.

---

McDONNELL v. WHITEHEAD et al. (Supreme Court, Appellate Division, Second Department. November 12, 1915.) Action by William J. McDonnell against John Whitehead and others, wherein Holmes Jones appeals. No opinion. Order affirmed, with $10 costs and disbursements.

---

McGOLDRICK v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Patrick McGoldrick against the Pennsylvania Railroad Company. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

---

McGRATH v. CARNEGIE TRUST CO. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by John M. McGrath against the Carnegie Trust Company. No opinion. Motion denied, without costs. Order filed. See, also, 167 App. Div. 32, 152 N. Y. Supp. 537.

---

McINTYRE, Respondent, v. HILLIARD HOTEL CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) In the matter of the claim of Mary McIntyre against the Hilliard Hotel Company and another. No opinion. Motion for reargument denied. Motion for leave to go to the Court of Appeals, and to certify that in the opinion of this court a question of law is involved which ought to be reviewed by the Court of Appeals, granted. See, also, 155 N. Y. Supp. 859.